UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Equine PSSM Genetics, LLC,

          Plaintiff,

Case No. 14-cv-493 MJD/FLN

v.

ORDER

Animal Genetics, Inc,

          Defendant.

———————————————————————————

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 10, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss or, in the alternative, transfer venue is **DENIED**.

DATED: February 27, 2015

          s/Michael J. Davis
          MICHAEL J. DAVIS
          United States District Court Chief Judge